**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID G. BLOZOWICH
DEBORAH S. BLOZOWICH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-24844 CMB

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/28/2012 and confirmed on 12/05/2012. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 170,405.00 |
| Less Refunds to Debtor | 5,045.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 165,359.07 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,450.00 | |
|   Trustee Fee | 6,127.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,577.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 4,145.49 | 4,145.49 | 0.00 | 4,145.49 |
|   Acct: XXXXXXXXX0/12 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 16,790.80 | 16,790.80 | 0.00 | 16,790.80 |
|   Acct: 8091 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 0.00 | 61,016.18 | 0.00 | 61,016.18 |
|   Acct: 8091 | | | | |
| PNC MORTGAGE DIV PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX9/12 | | | | |
| OHIO FIRE PROTECTION GROUP | 3,300.00 | 3,300.00 | 339.90 | 3,639.90 |
|   Acct: ? | | | | |
| CAPITAL ONE AUTO FINANCE | 15,315.00 | 15,315.00 | 2,173.73 | 17,488.73 |
|   Acct: XXX5279 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 14,075.00 | 14,075.00 | 2,018.49 | 16,093.49 |
|   Acct: 1000 | | | | |
| | | | | 119,174.59 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| DAVID G. BLOZOWICH  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAVID G. BLOZOWICH  Acct: | 5,045.93 | 5,045.93 | 0.00 | 0.00 |
| MAZZEI AND ASSOCIATES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| JASON MAZZEI ESQ  Acct: | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
| PAUL W MCELRATH JR ESQ  Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-15 | 750.00 | 750.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ACS  Acct: 7248 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN ENTERPRISES INTERNATIONAl  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE  Acct: XXX9988 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 7631 | 926.90 | 926.90 | 0.00 | 926.90 |
| CARDWORKS  Acct: 7248 | 0.00 | 0.00 | 0.00 | 0.00 |
| CATHERINES++  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)  Acct: XXX1416 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA(*)  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT FIRST NA*  Acct: 7248 | 2,043.58 | 2,043.58 | 0.00 | 2,043.58 |
| FDS NATIONAL BANK  Acct: XXX7620 | 0.00 | 0.00 | 0.00 | 0.00 |
| FDS NATIONAL BANK  Acct: XXX0250 | 0.00 | 0.00 | 0.00 | 0.00 |
| FNB CONSUMER DISCOUNT CO  Acct: XXX0401 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK  Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 5934 | 4,727.74 | 4,727.74 | 0.00 | 4,727.74 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 9744 | 4,166.20 | 4,166.20 | 0.00 | 4,166.20 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 5861 | 2,805.80 | 2,805.80 | 0.00 | 2,805.80 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 4281 | 2,965.92 | 2,965.92 | 0.00 | 2,965.92 |
| QUANTUM3 GROUP LLC  Acct: 8674 | 1,310.00 | 1,310.00 | 0.00 | 1,310.00 |
| MERRICK BANK  Acct: XXX5675 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| NATIONAL CAPITAL MANAGEMENT LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6805 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 2,779.18 | 2,779.18 | 0.00 | 2,779.18 |
| Acct: 1416 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,498.60 | 1,498.60 | 0.00 | 1,498.60 |
| Acct: 7991 | | | | |
| RIVERSET CU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 7,541.12 | 7,541.12 | 0.00 | 7,541.12 |
| Acct: 4370 | | | | |
| SUNOCO/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7991 | | | | |
| DELL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| WORLD FNCL NETWORK NATL BANK/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE AUTO FINANCE | 1,381.04 | 1,381.04 | 0.00 | 1,381.04 |
| Acct: XXX5279 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 1,286.89 | 1,286.89 | 0.00 | 1,286.89 |
| Acct: 1000 | | | | |
| ECAST SETTLEMENT CORP** | 1,174.06 | 1,174.06 | 0.00 | 1,174.06 |
| Acct: 9046 | | | | |
| | | | | 34,607.03 |

TOTAL PAID TO CREDITORS                                                                                    153,781.62

TOTAL CLAIMED
PRIORITY          0.00
SECURED           53,626.29
UNSECURED         34.607.03

Date: 01/12/2017                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com