**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David G. Blozowich** | Social Security number or ITIN **xxx–xx–7248** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah S. Blozowich** | Social Security number or ITIN **xxx–xx–5520** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **12–24844–CMB**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David G. Blozowich                    Deborah S. Blozowich

1/11/17                                **By the court:**    Carlota M. Bohm
                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-24844-CMB
David G. Blozowich                                                      Chapter 13
Deborah S. Blozowich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy              Page 1 of 3              Date Rcvd: Jan 11, 2017
                             Form ID: 3180W          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db/jdb         +David G. Blozowich,   Deborah S. Blozowich,   523 Renee Drive,   Latrobe, PA 15650-4734
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,   3232 Newmark Drive,   Miamiburg, OH 45342-5421
13495756       +ACS,   P.O. Box 78208,   Phoenix, AZ 85062-8208
13569122       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13569123       +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13480249       +F N B Consumer Discount Company,   6291 State Route 30,   Greensburg, PA 15601-7597
13480251       +FNB Consumer Discount Company,   6291 State Route 30,   Greensburg, PA 15601-7597
13480255       +HSBC Bank Nevada, N.A.,   By PRA Receivables Management, LLC,   P.O. Box 12907,
                 Norfolk, VA 23541-0907
13495774       +Jet Lending Inc.,   8700 State Line Road,   Suite 305,   Leawood, KS 66206-1500
13570785       +National Capital Management LLC.,   PO BOX 12786,   Norfolk, VA 23541-0786
13552966       +PNC Bank, National Association,   c/o Vitti & Vitti & Associates, P.C.,   215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13480258       +PNC Mortgage,   a division of PNC Bank, NA,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13480260       +Riverset Credit Union,   53 South 10th Street,   Pittsburgh, PA 15203-1142
13480264       +The Ohio Fire Protection Group, Inc.,   1907 West State Street,   Box 301,
                 Fremont, OH 43420-1637
13618742        eCAST Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:37:36      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: AISACG.COM Jan 12 2017 01:33:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,   Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:33
                 Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +EDI: BASSASSOC.COM Jan 12 2017 01:33:00      Capital One, N.A.,   Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             +EDI: BASSASSOC.COM Jan 12 2017 01:33:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13480240        E-mail/Text: susan@aeifinance.com Jan 12 2017 01:37:58      American Enterprises,
                 9319 North 107th Street,   Milwaukee, WI 53224
13480241       +EDI: AMEREXPR.COM Jan 12 2017 01:33:00      American Express,   PO Box 297871,
                 Attn: Kenneth Chenault,   Fort Lauderdale, FL 33329-7871
13495760       +EDI: AISACG.COM Jan 12 2017 01:33:00      Ascension Capital Group, Inc.,
                 Attn: Onyx Acceptance Group,   P.O. Box 201347,   Arlington, TX 76006-1347
13495760       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:41
                 Ascension Capital Group, Inc.,   Attn: Onyx Acceptance Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13495761       +EDI: CAPITALONE.COM Jan 12 2017 01:33:00      Capital One,   POB 5253,
                 Carol Stream, IL 60197-5253
13480243       +EDI: AISACG.COM Jan 12 2017 01:33:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,   P.O. Box 201347,   Arlington, TX 76006-1347
13480243       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:41
                 Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13560673       +EDI: BASSASSOC.COM Jan 12 2017 01:33:00      Capital One, N.A.,   c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13495763       +EDI: MERRICKBANK.COM Jan 12 2017 01:33:00      CardWorks Servicing,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
13495764        E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jan 12 2017 01:37:06      Cashnet USA,
                 PO Box 06230,   Chicago, IL 60606-0230
13480244       +EDI: WFNNB.COM Jan 12 2017 01:33:00      Catherines,   1103 Allen Drive,
                 Milford, OH 45150-8763
13480245       +EDI: CHASE.COM Jan 12 2017 01:33:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13541954       +EDI: CRFRSTNA.COM Jan 12 2017 01:33:00      Credit First NA,   Po Box 818011,
                 Cleveland, OH 44181-8011
13480247       +EDI: CRFRSTNA.COM Jan 12 2017 01:33:00      Credit First National Association,   P.O. Box 818011,
                 Cleveland, OH 44181-8011
13480265        EDI: RCSDELL.COM Jan 12 2017 01:33:00      Webbank/DFS,   1 Dell Way,   Round Rock, TX 78682
13480248       +EDI: TSYS2.COM Jan 12 2017 01:33:00      Department Stores National Bank / Macy's,
                 Bankruptcy Processing,   P.O. Box 8053,   Mason, OH 45040-8053
13480250       +EDI: AMINFOFP.COM Jan 12 2017 01:33:00      First Premier Bank,   P.O. Box 5524,
                 Sioux Falls, SD 57117-5524
13480252       +EDI: RMSC.COM Jan 12 2017 01:33:00      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13480253        EDI: RESURGENT.COM Jan 12 2017 01:33:00      GE Money Bank,   c/o B-Line, LLC,   MS 550,
                 P.O. Box 91121,   Seattle, WA 98111-9221
13480254       +EDI: GMACFS.COM Jan 12 2017 01:33:00      GMAC,   PO Box 130424,   Roseville, MN 55113-0004

```
District/off: 0315-2          User: culy                  Page 2 of 3                   Date Rcvd: Jan 11, 2017
                              Form ID: 3180W              Total Noticed: 50


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13736710           EDI: RESURGENT.COM Jan 12 2017 01:33:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
                   PO Box 10587,   Greenville, SC 29603-0587
13480256           EDI: MERRICKBANK.COM Jan 12 2017 01:33:00     Merrick Bank,   c/o Resurgent Capital Services,
                   P.O. Box 10368,   Greenville, SC 29603-0368
13480257          +E-mail/Text: bknotice@ncmllc.com Jan 12 2017 01:37:56     National Capital Management, LLC,
                   8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13480259           EDI: PRA.COM Jan 12 2017 01:33:00     Portfolio Recovery Associates,   P.O. Box 41067,
                   Norfolk, VA 23541
13533442           EDI: PRA.COM Jan 12 2017 01:33:00     Portfolio Recovery Associates, LLC,   PO Box 12914,
                   Norfolk VA 23541
13624005          +EDI: PRA.COM Jan 12 2017 01:33:00     PRA Receivables Management, LLC,   POB 41067,
                   Norfolk, VA 23541-1067
13535777           EDI: Q3G.COM Jan 12 2017 01:33:00     Quantum3 Group LLC as agent for,   Jet Lending Inc,
                   PO Box 788,   Kirkland, WA 98083-0788
13480242           EDI: AGFINANCE.COM Jan 12 2017 01:33:00     American General Finance,
                   416 East Pittsburgh Street,   Greensburg, PA 15601
13554621           EDI: AGFINANCE.COM Jan 12 2017 01:33:00     Springleaf Financial Services,   P.O. Box 3251,
                   Evansville, IN 47731-3251
13480261           EDI: DRIV.COM Jan 12 2017 01:33:00     Santander Consumer USA Inc.,   P.O. Box 560284,
                   Dallas, TX 75356-0284
13480262          +EDI: AGFINANCE.COM Jan 12 2017 01:33:00     Springleaf Financial Services of PA,
                   P.O. Box 3251,   Evansville, IN 47731-3251
13480263          +EDI: CITICORP.COM Jan 12 2017 01:33:00     Sunoco/Citibank South Dakota,   PO Box 6497,
                   Sioux Falls, SD 57117-6497
13480266          +EDI: WFNNB.COM Jan 12 2017 01:33:00     WFNNB/Lane Bryant,   4590 East Broad Street,
                   Columbus, OH 43213-1301
                                                                                               TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC Bank National Association
cr*              +Capital One Auto Finance,   C/O Ascension Capital Group,   P.O. Box 201347,
                   Arlington, Tx 76006-1347
cr*               LVNV Funding LLC,   c/o Resurgent Capital Services,   P.O. Box 10587,
                   Greenville, SC  29603-0587
cr*              +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
                   MEMPHIS, TN 38125-1741
cr*              +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr*              +PRA Receivables Management, LLC,   POB 41067,   NORFOLK, VA 23541-1067
13495757*         American Enterprises,   9319 North 107th Street,   Milwaukee, WI 53224
13495758*        +American Express,   PO Box 297871,   Attn: Kenneth Chenault,   Fort Lauderdale, FL 33329-7871
13495762*        +Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                   Arlington, TX 76006-1347
13495765*        +Catherines,   1103 Allen Drive,   Milford, OH 45150-8763
13495766*        +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13495767*        +Citi Auto,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
13495768*        +Credit First National Association,   P.O. Box 818011,   Cleveland, OH 44181-8011
13495784*        ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                   (address filed with court: Webbank/DFS,   1 Dell Way,   Round Rock, TX 78682)
13495769*        +Department Stores National Bank / Macy's,   Bankruptcy Processing,   P.O. Box 8053,
                   Mason, OH 45040-8053
13495770*        +F N B Consumer Discount Company,   6291 State Route 30,   Greensburg, PA 15601-7597
13495771*         First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
13495772*        +GE Capital Retail Bank,   c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,
                   Attn: Ramesh Singh,   Miami, FL 33131-1605
13495773*        +HSBC Bank Nevada, N.A.,   By PRA Receivables Management, LLC,   P.O. Box 12907,
                   Norfolk, VA 23541-0907
13495775*         Merrick Bank,   c/o Resurgent Capital Services,   P.O. Box 10368,   Greenville, SC 29603-0368
13495776*        +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
                   Memphis, TN 38125-1741
13547191*        +National Capital Management, LLC.,   8245 Tournament Drive,   Suite 230,
                   Memphis, TN 38125-1741
13495777*        +PNC Mortgage,   a division of PNC Bank, NA,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13495778*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery Associates,   P.O. Box 41067,
                   Norfolk, VA 23541)
13870160*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                   (address filed with court: Portfolio Recovery Associates, LLC,   PO Box 41067,
                   Norfolk, VA 23541)
13495779*        +Riverset Credit Union,   53 South 10th Street,   Pittsburgh, PA 15203-1142
13495759*        ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,   EVANSVILLE IN 47731-3251
                   (address filed with court: American General Finance,   416 East Pittsburgh Street,
                   Greensburg, PA 15601)
13495780*         Santander Consumer USA Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
13495781*        +Springleaf Financial Services of PA,   P.O. Box 3251,   Evansville, IN 47731-3251
13495782*        +Sunoco/Citibank South Dakota,   PO Box 6497,   Sioux Falls, SD 57117-6497
13495783*        +The Ohio Fire Protection Group, Inc.,   1907 West State Street,   Box 301,
                   Fremont, OH 43420-1637
13495785*        +WFNNB/Lane Bryant,   4590 East Broad Street,   Columbus, OH 43213-1301
```

```
District/off: 0315-2          User: culy              Page 3 of 3           Date Rcvd: Jan 11, 2017
                              Form ID: 3180W          Total Noticed: 50

13480246     ##+Citi Auto,   2208 Highway 121 Ste 100,   Bedford, TX 76021-5981
                                                                           TOTALS: 1, * 31, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
              Jeffrey T. Grossman    on behalf of Creditor    Capital One Auto Finance JGrossman@grossmanfirm.com,
               JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Deborah S. Blozowich ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Debtor David G. Blozowich ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```