**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAVID G. BLOZOWICH
DEBORAH S. BLOZOWICH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-24844

Chapter 13

Document No.: 163

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this \_\_\_\_11th\_\_\_\_ day of \_\_\_\_January\_\_\_\_, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE   **dmr**

FILED
1/11/17 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-24844-CMB
David G. Blozowich                                                              Chapter 13
Deborah S. Blozowich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 3              Date Rcvd: Jan 11, 2017
                              Form ID: pdf900         Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db/jdb         +David G. Blozowich,   Deborah S. Blozowich,    523 Renee Drive,    Latrobe, PA 15650-4734
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13495756       +ACS,   P.O. Box 78208,   Phoenix, AZ 85062-8208
13480241       +American Express,   PO Box 297871,   Attn: Kenneth Chenault,    Fort Lauderdale, FL 33329-7871
13569122       +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13569123       +CAPITAL ONE, N.A.,   PO Box 12907,   Norfolk, VA 23541-0907
13495761      #+Capital One,   POB 5253,   Carol Stream, IL 60197-5253
13480244       +Catherines,   1103 Allen Drive,   Milford, OH 45150-8763
13480245       +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13541954       +Credit First NA,   Po Box 818011,   Cleveland, OH 44181-8011
13480247       +Credit First National Association,    P.O. Box 818011,   Cleveland, OH 44181-8011
13480265      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:   Webbank/DFS,    1 Dell Way,   Round Rock, TX 78682)
13480248       +Department Stores National Bank / Macy's,    Bankruptcy Processing,   P.O. Box 8053,
                 Mason, OH 45040-8053
13480249       +F N B Consumer Discount Company,    6291 State Route 30,   Greensburg, PA 15601-7597
13480251       +FNB Consumer Discount Company,    6291 State Route 30,   Greensburg, PA 15601-7597
13480250        First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
13480255       +HSBC Bank Nevada, N.A.,   By PRA Receivables Management, LLC,    P.O. Box 12907,
                 Norfolk, VA 23541-0907
13495774       +Jet Lending Inc.,   8700 State Line Road,   Suite 305,   Leawood, KS 66206-1500
13570785       +National Capital Management LLC.,    PO BOX 12786,   Norfolk, VA 23541-0786
13552966       +PNC Bank, National Association,   c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13480258       +PNC Mortgage,   a division of PNC Bank, NA,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
13480260       +Riverset Credit Union,   53 South 10th Street,   Pittsburgh, PA 15203-1142
13480261        Santander Consumer USA Inc.,    P.O. Box 560284,   Dallas, TX 75356-0284
13480263       +Sunoco/Citibank South Dakota,   PO Box 6497,   Sioux Falls, SD 57117-6497
13480264       +The Ohio Fire Protection Group, Inc.,    1907 West State Street,   Box 301,
                 Fremont, OH 43420-1637
13480266       +WFNNB/Lane Bryant,   4590 East Broad Street,   Columbus, OH 43213-1301
13618742        eCAST Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:33
                 Capital One Auto Finance c/o Ascension Capital Gro,   P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              +E-mail/Text: bnc@bass-associates.com Jan 12 2017 01:37:05     Capital One, N.A.,
                 Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr              +E-mail/Text: bnc@bass-associates.com Jan 12 2017 01:37:05     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13480240         E-mail/Text: susan@aeifinance.com Jan 12 2017 01:37:58     American Enterprises,
                 9319 North 107th Street,   Milwaukee, WI 53224
13495760        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:24
                 Ascension Capital Group, Inc.,   Attn: Onyx Acceptance Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13480243        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 12 2017 01:29:33
                 Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
13560673        +E-mail/Text: bnc@bass-associates.com Jan 12 2017 01:37:05     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13495763        +E-mail/Text: bkr@cardworks.com Jan 12 2017 01:37:03     CardWorks Servicing,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
13495764        +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Jan 12 2017 01:37:06     Cashnet USA,
                 PO Box 06230,   Chicago, IL 60606-0230
13480252        +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 01:29:22     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Attn: Ramesh Singh,
                 Miami, FL 33131-1605
13480253         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:35     GE Money Bank,
                 c/o B-Line, LLC,   MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
13480254        +E-mail/Text: ally@ebn.phinsolutions.com Jan 12 2017 01:37:06     GMAC,   PO Box 130424,
                 Roseville, MN 55113-0004
13736710         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 12 2017 01:29:25     LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13480256         E-mail/Text: bkr@cardworks.com Jan 12 2017 01:37:03     Merrick Bank,
                 c/o Resurgent Capital Services,   P.O. Box 10368,   Greenville, SC 29603-0368
13480257        +E-mail/Text: bknotice@ncmllc.com Jan 12 2017 01:37:56     National Capital Management, LLC,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13480259         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:40:35
                 Portfolio Recovery Associates,   P.O. Box 41067,   Norfolk, VA 23541
13533442         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:40:36
                 Portfolio Recovery Associates, LLC,   PO Box 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: culy              Page 2 of 3               Date Rcvd: Jan 11, 2017
                              Form ID: pdf900         Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13624005        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:54:12
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
13535777         E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2017 01:37:18
                 Quantum3 Group LLC as agent for,    Jet Lending Inc,    PO Box 788,   Kirkland, WA  98083-0788
13480242         E-mail/PDF: cbp@onemainfinancial.com Jan 12 2017 01:29:33     American General Finance,
                 416 East Pittsburgh Street,    Greensburg, PA 15601
13554621         E-mail/PDF: cbp@onemainfinancial.com Jan 12 2017 01:29:23     Springleaf Financial Services,
                 P.O. Box 3251,    Evansville, IN 47731-3251
13480262        +E-mail/PDF: cbp@onemainfinancial.com Jan 12 2017 01:29:41
                 Springleaf Financial Services of PA,    P.O. Box 3251,    Evansville, IN 47731-3251
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Bank National Association
cr*             +Capital One Auto Finance,    C/O Ascension Capital Group,    P.O. Box 201347,
                 Arlington, Tx 76006-1347
cr*              LVNV Funding LLC,    c/o Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC  29603-0587
cr*             +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*             +PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
cr*             +PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
13495757*        American Enterprises,    9319 North 107th Street,    Milwaukee, WI 53224
13495758*       +American Express,    PO Box 297871,   Attn: Kenneth Chenault,    Fort Lauderdale, FL 33329-7871
13495762*       +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13495765*       +Catherines,    1103 Allen Drive,   Milford, OH 45150-8763
13495766*       +Chase,    PO Box 15298,   Wilmington, DE 19850-5298
13495767*       +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
13495768*       +Credit First National Association,    P.O. Box 818011,    Cleveland, OH 44181-8011
13495784*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court:   Webbank/DFS,    1 Dell Way,    Round Rock, TX 78682)
13495769*       +Department Stores National Bank / Macy's,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
13495770*       +F N B Consumer Discount Company,    6291 State Route 30,    Greensburg, PA 15601-7597
13495771*        First Premier Bank,    P.O. Box 5524,   Sioux Falls, SD 57117-5524
13495772*       +GE Capital Retail Bank,    c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,
                 Attn: Ramesh Singh,    Miami, FL 33131-1605
13495773*       +HSBC Bank Nevada, N.A.,    By PRA Receivables Management, LLC,    P.O. Box 12907,
                 Norfolk, VA 23541-0907
13495775*        Merrick Bank,    c/o Resurgent Capital Services,    P.O. Box 10368,   Greenville, SC 29603-0368
13495776*       +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13547191*       +National Capital Management, LLC.,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13495777*       +PNC Mortgage,    a division of PNC Bank, NA,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
13495778*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    P.O. Box 41067,
                 Norfolk, VA 23541)
13870160*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
13495779*       +Riverset Credit Union,    53 South 10th Street,    Pittsburgh, PA 15203-1142
13495759*      ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,   EVANSVILLE IN 47731-3251
                (address filed with court:   American General Finance,    416 East Pittsburgh Street,
                 Greensburg, PA 15601)
13495780*        Santander Consumer USA Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
13495781*       +Springleaf Financial Services of PA,    P.O. Box 3251,    Evansville, IN 47731-3251
13495782*       +Sunoco/Citibank South Dakota,    PO Box 6497,   Sioux Falls, SD 57117-6497
13495783*       +The Ohio Fire Protection Group, Inc.,    1907 West State Street,    Box 301,
                 Fremont, OH 43420-1637
13495785*       +WFNNB/Lane Bryant,    4590 East Broad Street,    Columbus, OH 43213-1301
13480246        ##+Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
                                                                                        TOTALS: 1, * 31, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2           User: culy                Page 3 of 3              Date Rcvd: Jan 11, 2017
                               Form ID: pdf900           Total Noticed: 49
```

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
          Jeffrey T. Grossman    on behalf of Creditor    Capital One Auto Finance JGrossman@grossmanfirm.com,
           JOttinger@grossmanfirm.com;LMester@grossmanfirm.com;JSchwartz@grossmanfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Joint Debtor Deborah S. Blozowich ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Debtor David G. Blozowich ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```